# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Case II, Charles G. | United States Bankruptcy Court | 08/12/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

230 North 1st Avenue, Suite 101
Phoenix, AZ 85003-1727

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust 1 (comment 1) |
| 2. | Trustee | Trust 2 (comment 2) |
| 3. | Member, Board of Directors | International Insolvency Institute |
| 4. | Member, Board of Directors | Harvard Glee Club Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/1/2011 | Bloomberg Law; write chapters for treatise; compensated by the page in the same manner as non-judge authors |
| 2. | 6/11/2011 | Zanichelli Editore S.p.A; periodic nominal royalties for a review of US law I wrote for an Italian legal treatise |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/31/2011 | Zanichelli Editore, royalties for 2011 | $200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of Arizona Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | February 2011 | New York, New York | teaching at law school | travel and subsistence expenses |
| 2. | American College of Bankruptcy | March 2011 | Washington, DC | attend annual meeting | travel and subsistence expenses |
| 3. | Clifford Chance and others | April 2011 | Paris, France | participate in international colloquium | travel and subsistence expenses |
| 4. | University of Cologne | May 2011 | Cologne, Germany | participate in international colloquium | travel and subsistence expenses |
| 5. | International Insolvency Institute | June 2011 | New York, New York | attend annual meeting | travel and subsistence expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

| | | | | |
|---|---|---|---|---|
| 6. | American Bankruptcy Institute | September 2011 | Las Vegas, NV | speaker at seminar | travel expenses |
| 7. | Chemonics | September 2011 | Ulaan Bataar, Mongolia | rule of law consulting | travel and subsistence expenses |
| 8. | National Conference of Bankruptcy Judges | October 2011 | Tampa, FL | attend annual meeting | travel and subsisttence expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Share accounts at Arizona Central Credit Union | A | Int./Div. | K | T | | | | | |
| 2. | Bank of America deposit account | A | Int./Div. | J | T | | | | | |
| 3. | Bank of America deposit account | A | Int./Div. | K | T | | | | | |
| 4. | Trust 1 (see next entry) | | | | | | | | | |
| 5. | 1/2 interest in deed of trust on residential lot (comment 1) | | None | M | T | | | | | |
| 6. | Trust 2 (see next entry) | | | | | | | | | |
| 7. | 1/2 interest in residential lot (comment 2) | | None | M | T | | | | | |
| 8. | First Credit Union deposit account | A | Int./Div. | J | T | | | | | |
| 9. | West Fargo Bank (IRA cash equivalent account) | A | Int./Div. | J | T | | | | | |
| 10. | DFA Intl Core Equity Fund | A | Dividend | | | Sold | 08/08/11 | K | B | Market |
| 11. | MatthewsAsian Grth and Income Fund | | None | | | Sold (part) | 03/08/11 | J | A | Market |
| 12. | | | | | | Distributed | 06/17/11 | J | | Market |
| 13. | Matthews Asian Grth & Income Instl (comment 4) | A | Int./Div. | J | T | Spinoff (from line 12) | 06/17/11 | J | | Market |
| 14. | | A | Distribution | J | T | | | | | |
| 15. | DFA Inflation Protected Securities Fund | B | Int./Div. | K | T | Sold (part) | 01/12/11 | J | A | Market |
| 16. | | | | | | Buy (add'l) | 04/20/11 | J | | Market |
| 17. | DFA Intermediate Govt Fixed Income Portfolio | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy | 12/27/11 | K | | Market |
| 19. DFA US Large Cap Value Portfolio | A | Dividend | J | T | | | | | |
| 20. DFA US Targeted Value Portfolio | A | Dividend | | | Sold | 08/08/11 | K | B | Market |
| 21. PIMCO Total Return Fund | D | Int./Div. | M | T | Buy (add'l) | 01/03/11 | J | | Market |
| 22. | | | | | Buy (add'l) | 01/12/11 | J | | Market |
| 23. | | | | | Buy (add'l) | 02/01/11 | J | | Market |
| 24. | | | | | Sold (part) | 02/10/11 | J | | Market |
| 25. | | | | | Buy (add'l) | 03/01/11 | J | | Market |
| 26. | | | | | Buy (add'l) | 04/01/11 | J | | Market |
| 27. | | | | | Buy (add'l) | 05/02/11 | J | | Market |
| 28. | | | | | Buy (add'l) | 06/01/11 | J | | Market |
| 29. | | | | | Buy (add'l) | 07/01/11 | J | | Market |
| 30. | | | | | Buy (add'l) | 08/01/11 | J | | Market |
| 31. | | | | | Buy (add'l) | 09/01/11 | J | | Market |
| 32. | | | | | Buy (add'l) | 09/06/11 | J | | Market |
| 33. | | | | | Buy (add'l) | 10/03/11 | J | | Market |
| 34. | | | | | Buy (add'l) | 11/01/11 | J | | Market |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | Buy (add'l) | 12/01/11 | J | | Market |
| 36. | | | | | | Buy (add'l) | 12/29/11 | J | | Market |
| 37. | DFA International Small Cap Value Fund | A | Dividend | | | Sold | 08/09/11 | J | B | Market |
| 38. | DFA US Core Equity 2 | B | Int./Div. | L | T | Sold (part) | 08/11/11 | K | B | Market |
| 39. | | | | | | Buy (add'l) | 09/07/11 | J | | Market |
| 40. | DFA US Targeted Value Portfolio | | None | | | Sold (part) | 04/26/11 | J | B | Market |
| 41. | | | | | | Sold | 08/10/11 | K | D | Market |
| 42. | iShares S&P Global Energy Sector Fund | A | Dividend | J | T | | | | | |
| 43. | DFA Emerging Markets Core Equity Portfolio | A | Dividend | J | T | Sold (part) | 04/26/11 | J | A | Market |
| 44. | Templeton Income Global Bond Advisor | B | Int./Div. | K | T | | | | | |
| 45. | Matthews Intl Pacific Tiger Fund | | None | | | Sold | 03/08/11 | J | A | Market |
| 46. | iShares S&P 500 Index | A | Dividend | K | T | Buy (add'l) | 01/12/11 | J | | Market |
| 47. | TD Bank NA | A | Interest | J | T | | | | | |
| 48. | Mutual Global Discovery Fund-Z (X) | A | Int./Div. | K | T | | | | | |
| 49. | Mutual Beacon Fund-Z (X) | A | Int./Div. | K | T | | | | | |
| 50. | Loans to Trust 2 (comment 3) | A | Int./Div. | K | T | Buy | 09/13/11 | J | | Trust 2 |
| 51. | | | | | | Buy | 10/05/11 | J | | Trust 2 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/17/11 | J | | Trust 2 |
| 53. | | | | | Buy | 11/21/11 | J | | Trust 2 |
| 54. | | | | | Buy | 12/12/11 | J | | Trust 2 |
| 55. | | | | | Buy | 12/27/11 | J | | Trust 2 |
| 56. Powershares DB Oil Fund | | None | | | Buy | 02/10/11 | J | | Market |
| 57. | | | | | Sold | 04/15/11 | J | B | Market |
| 58. Powershares DB Comm Ind Fd | | None | J | T | Buy | 03/09/11 | J | | Market |
| 59. | | | | | Buy (add'l) | 03/14/11 | J | | Market |
| 60. iShares MSCI Brazil Ind Fd | A | Int./Div. | J | T | Buy | 01/05/11 | J | | Market |
| 61. | A | Distribution | | | | | | | |
| 62. DFA Select Hedge Glbl Fixed Income | A | Int./Div. | J | T | Buy | 04/26/11 | K | | Market |
| 63. SPDR Gold Tr Gold SHS | | None | | | Buy | 08/15/11 | K | | Market |
| 64. | | | | | Sold | 08/26/11 | K | A | Market |
| 65. DFA Sht Term Extd Quality | A | Dividend | | | Buy | 09/06/11 | K | | Market |
| 66. | | | | | Sold | 12/22/11 | K | | Market |
| 67. DFA US Large Co Portfolio | A | Dividend | K | T | Buy | 09/26/11 | K | | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Case II, Charles G. | 08/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Trust 1 was established in 1995. I am a co-trustee and beneficiary. It acquired the deed of trust in 2008 as explained in last year's report. The underlying property was sold in 2012 and the sale will be reported next year. However, the actual sales price is the basis for reducing the value of this item in 2011 as well as the lot described in line 8 of Part VII.

2. Trust 2 is a revocable trust of which I became trustee upon the death of the settlor/trustee in November 2010. All assets of the trust were sold and the proceeds distributed in 2012 and the trust closed. These events will be reported on the 2012 form.

3. I made loans to Trust 2 for the upkeep of the trust property pending sale. These are listed as "Buy". All loans were repaid in 2012 and will be reported then.

4. This transaction is described in my records as a "non taxable exchange" from the Fund on Line 11 to the Fund on Line 13, leaving only a holding in the Fund on line 13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles G. Case II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544